FILED
2010 Mar-22 PM 01:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| JAMES DAVID SIMPSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 1:08-cv-01742-IPJ |
| ) | |
| TALLADEGA COUNTY, ALABAMA, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

## MEMORANDUM OPINION

On March 4, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendations are ACCEPTED. Accordingly, the Motion to Dismiss filed by defendant Steven Giddens (Doc. #17) is due to be granted; the Motion to Dismiss filed by defendant Chad Woodruff (Doc. #19) is due to be granted; the Motion to Dismiss filed by defendant

Warren Freeman (Doc. #22) is due to be granted as to any federal claims; the Motion for Summary Judgment filed by defendants Talladega County, Sheriff Jerry Studdard, and Deputy Sheriff Michael Jones (Doc. #29) is due to be granted; the Motion to Amend filed by plaintiff (Doc. #38) is due to be denied as futile as to Counts One, Two, Seven, Eight, Nine, Ten, Eleven, Twelve, and Thirteen; and in the absence of any pending count arising under federal law, the court shall decline to exercise supplemental jurisdiction over state law claims against Warren Freeman in the original complaint and over Counts Three, Four, Five, and Six of the proposed amended complaint and the Motion to Amend as to these counts is due to be denied. A Final Judgment will be entered.

      DONE this 22nd day of March 2010.

                                    INGE PRYTZ JOHNSON
                                    U.S. DISTRICT JUDGE