FILED
2010 Mar-22 PM 01:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| JAMES DAVID SIMPSON, | ) |
|                 Plaintiff | ) |
| vs. | ) Case No. 1:08-cv-01742-IPJ |
| TALLADEGA COUNTY, ALABAMA, et al., | ) |
|                 Defendants | ) |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered contemporaneously herewith and with Rule 58, FED. R. CIV. P., it is ORDERED, ADJUDGED, and DECREED that:

(1) the Motion to Dismiss filed by defendant Steven Giddens (Doc. #17) is due to be and hereby is GRANTED;

(2) the Motion to Dismiss filed by defendant Chad Woodruff (Doc. #19) is due to be and hereby is GRANTED;

(3) the Motion to Dismiss filed by defendant Warren Freeman (Doc. #22) is due to be and hereby is GRANTED as to any federal claims made against him by plaintiff;

(4)  the Motion for Summary Judgment filed by defendants Talladega County, Sheriff Jerry Studdard, and Deputy Sheriff Michael Jones (Doc. #29) is due to be and hereby is GRANTED;

(7)  the Motion to Amend filed by plaintiff (Doc. #38) is due to be and hereby is DENIED as futile as to Counts One, Two, Seven, Eight, Nine, Ten, Eleven, Twelve, and Thirteen;

(8)  in the absence of any pending count arising under federal law, the court DECLINES to exercise supplemental jurisdiction over state law claims against defendant Warren Freeman in the original complaint, and such claims are DISMISSED WITHOUT PREJUDICE;

(9)  in the absence of any pending count arising under federal law, the court DECLINES to exercise supplemental jurisdiction over Counts Three, Four, Five, and Six of the proposed amended complaint and the Motion to Amend as to these counts is due to be and hereby is DENIED; and

(10) the Clerk is DIRECTED to CLOSE this action, costs taxed as paid.

DONE this 22nd day of March 2010.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE